IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
DOCKET NO. 5:15-MJ-1837-1KS

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | ORDER OF DISMISSAL |
| | ) | |
| Shannon L. Barnett | ) | |

    Shannon L. Barnett appeared before the Honorable Kimberly A. Swank, U.S. Magistrate Judge, sitting in the court at Fayetteville, North Carolina, on October 7, 2015, and entered a plea of guilty to 21 U.S.C. § 844(a). The court, with the express consent of the defendant, placed the defendant on probation for a period of 12 months pursuant to 18 U.S.C. § 3607, without entering a judgment of conviction.

    The court finds as a fact that Shannon L. Barnett has complied with the terms of the probation order and no violations have occurred.

    The court, pursuant to 18 U.S.C. § 3607(a), hereby discharges the defendant from probation and dismisses those proceedings under which probation had been ordered.

   This the 13th day of October, 2016

                                                             Kimberly A. Swank
                                                              U.S. Magistrate Judge